1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

JUN 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority ✓
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GABRIEL CARDENAS, ) | NO. CV 07-03536 CJC (SS) |
| ) | |
| Petitioner, ) | **ORDER ADOPTING FINDINGS,** |
| ) | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| v. ) | **UNITED STATES MAGISTRATE JUDGE** |
| ) | |
| KEN CLARK, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

\\

\\

1        **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and

2    the Judgment herein on Petitioner and counsel for Respondent.

3

4        **LET JUDGMENT BE ENTERED ACCORDINGLY.**

5

6    DATED:  June 19, 2008

7                                          _____

8                                          CORMAC J. CARNEY
                                           UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28