FILED
CLERK, U.S. DISTRICT COURT

JUN 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GABRIEL CARDENAS,<br><br>Petitioner,<br><br>v.<br><br>KEN CLARK, Warden,<br><br>Respondent. | NO. CV 07-03536 CJC (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 19, 2008

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE